FILED

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0057

_____

DAVID W. NELSON,

       Petitioner and Appellant,

   v.                                  O R D E R

STATE OF MONTANA,

       Respondent and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all David W. Nelson, to counsel of record, and to the Honorable Ray J. Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 11 2020